■ WALTER A. SALERNO, Appellant, v LEICA, INC., Respondent. [709 NYS2d 463] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Flaherty, J. (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Summary Judgment.) Present—Green, J. P., Wisner, Hurlbutt and Balio, JJ.